# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In Re: James Otis Dye  Sharon Denise Dye  Case Number:  14-30784
6635 Sunman Road  Judge:  Laura T. Beyer
Charlotte, NC  28216  Dated:  May 05, 2015

SSN (1): XXX-XX-0836  SSN (2): XXX-XX-8138

## MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of May 05, 2015.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ALLIED INTERSTATE | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8359 |
| ALTAIR OH XIII LLC | 19 | 7 | U-Unsecured | 80 | $944.68 | Pay by Trustee | 3348 |
| ALTAIR OH XIII LLC | 20 | 6 | U-Unsecured | 80 | $1,798.53 | Pay by Trustee | 9370 |
| ALTAIR OH XIII LLC | 31 | 5 | U-Unsecured | 80 | $4,186.51 | Pay by Trustee | 2312 |
| CAPITAL ONE | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5520 |
| CERASTES LLC | 12 | 9 | U-Unsecured | 80 | $3,687.19 | Pay by Trustee | 2213 |
| CERASTES LLC | 13 | 8 | U-Unsecured | 80 | $7,324.15 | Pay by Trustee | 2861 |
| CHASE | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9246 |
| CHASE | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3590 |
| CITIMORTGAGE | 3 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3904 |
| CITY COUNTY TAX COLLECTOR | 9 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| DISCOVER BANK/DB SERVICING CORP | 14 | 2 | U-Unsecured | 80 | $7,150.45 | Pay by Trustee | 9391 |
| DISCOVER BANK/DB SERVICING CORP | 22 | 1 | U-Unsecured | 80 | $3,718.77 | Pay by Trustee | 7366 |
| DISCOVER CARD | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| ESTATE INFORMATION SERVICES LLC | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9370 |
| FMA ALLIANCE LTD | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5072 |
| GOOD SAM CLUB | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2213 |
| GREEN TREE SERVICING LLC | 4 | 12 | N-Mortgage/Lease Arrea | 50 | $17,523.12 | Pay by Trustee | 0917 |
| GREEN TREE SERVICING LLC | 5 | 12 | M-Mortgage/Lease | 30 | $121,872.05 | CONDUIT | 0917 |
| HSBC | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0402 |
| HUTCHENS, SENTER, KELLAM & PETTIT | 27 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| INTERNAL REVENUE SERVICE | 7 | 4 | P-Priority | 70 | $7,859.94 | Pay by Trustee | 0836 |

CASE NO:  14-30784                    DEBTORS: James Otis Dye AND Sharon Denise Dye

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 8 | 4 | U-Unsecured | 80 | $407.61 | Pay by Trustee | 0836 |
| JEFFREY G DALRYMPLE PA | 1 | | B-Base Attorney Fee(s) | 20 | $3,820.00 | $2,820.00 INSIDE / $1,000.00 OUTSIDE | |
| JEFFREY G DALRYMPLE PA | 2 | | B-Base Attorney Fee(s) | 50 | $80.00 | Pay by Trustee | |
| JUNIPER BANK | 28 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2861 |
| NC DEPARTMENT OF REVENUE | 32 | 13 | U-Unsecured | 80 | $43.05 | Pay by Trustee | 0836 |
| NC DEPARTMENT OF REVENUE | 10 | 13 | P-Priority | 70 | $1,577.31 | Pay by Trustee | 0836 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 15 | 10 | U-Unsecured | 80 | $2,134.22 | Pay by Trustee | 8900 |
| UNITED CONSUMER FINANCIAL SERV | 29 | 3 | S-Secured-Pro-Rata | 50 | $696.96 | SURRENDERED | 1847 |
| USAA FEDERAL SAVINGS BANK | 30 | 11 | U-Unsecured | 80 | $8,387.00 | Pay by Trustee | 7251 |
| WYNDHAM VACATION RESORTS | 6 | | S-Secured-Pro-Rata | 50 | $0.00 | Claim Not Filed, Surrendered | |

Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: May 05, 2015                    Warren L. Tadlock
                                       Standing Chapter 13 Trustee
                                       5970 Fairview Road, Suite 650
                                       Charlotte, NC  28210-2100

CASE NO:  14-30784                                    DEBTORS: James Otis Dye AND Sharon Denise Dye

.

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for  determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by May 29, 2015 at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST.
CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, June 23, 2015 at 9:30 am at the following address:

CHARLES JONAS FEDERAL BUILDING
COURTROOM 1-5
401 WEST TRADE STREET
CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: May 05, 2015                              Warren L. Tadlock
                                                 Standing Chapter 13 Trustee
                                                 By:  D. Morales

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re: James Otis Dye  Sharon Denise Dye  Case Number:  14-30784
      6635 Sunman Road  Judge:  Laura T. Beyer
      Charlotte, NC  28216  Dated:  May 05, 2015

      SSN (1): XXX-XX-0836  SSN (2): XXX-XX-8138

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on May 15, 2015.

D. Morales
Office of the Chapter 13 Trustee

ALLIED INTERSTATE, 3000 CORPORATE EXCHANGE, COLUMBUS, OH 43231
ALTAIR OH XIII LLC, C/O WEINSTEIN PINSON & RILEY PS, 2001 WESTERN AVE SUITE 400, SEATTLE, WA 98121
ALTAIR OH XIII LLC, C/O WEINSTEIN PINSON & RILEY PS, PO BOX 3978, SEATTLE, WA 98124-3978
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
CERASTES LLC, C/O WEINSTEIN PINSON & RILEY PS, 2001 WESTERN AVE SUITE 400, SEATTLE, WA 98121
CERASTES LLC, C/O WEINSTEIN PINSON & RILEY PS, PO BOX 3978, SEATTLE, WA 98124
CHASE, PO BOX 15153, WILMINGTON, DE 19886
CITIMORTGAGE, PO BOX 6243, SIOUX FALLS, SD 57117
CITY COUNTY TAX COLLECTOR, PO BOX 71063, CHARLOTTE, NC 28272
DISCOVER BANK/DB SERVICING CORP, PO BOX 3025, NEW ALBANY, OH 43054
DISCOVER CARD, PO BOX 15316, WILMINGTON, DE 19850
ESTATE INFORMATION SERVICES LLC, PO BOX 1398, REYNOLDSBURG, OH 43068
FMA ALLIANCE LTD, 12339 CUTTEN, HOUSTON, TX 77066
GOOD SAM CLUB, PO BOX 8802, WILMINGTON, DE 19899
GREEN TREE SERVICING LLC, PO BOX 0049, PALATINE, IL 60055
GREEN TREE SERVICING LLC, PO BOX 6154, RAPID CITY, SD 57709
HSBC, PO BOX 5222, CAROL STREAM, IL 60197
HUTCHENS, SENTER, KELLAM & PETTIT, 6230 FAIRVIEW RD STE 315, CHARLOTTE, NC 28210
INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
James Otis Dye, Sharon Denise Dye, 6635 Sunman Road, Charlotte, NC 28216
JUNIPER BANK, PO BOX 8802, WILMINGTON, DE 19899
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 12914, NORFOLK, VA 23541
PORTFOLIO RECOVERY ASSOCIATES, PO BOX 41067, NORFOLK, VA 23541
THEODORE A NODELL JR, 5540 CENTERVIEW DR #416, RALEIGH, NC 27606
UNITED CONSUMER FINANCIAL SERV, BASS & ASSOCIATES PC, 3936 E FT LOWELL ROAD STE 200, TUCSON, AZ 85712
USAA FEDERAL SAVINGS BANK, C/O WEINSTEIN PINSON & RILEY PS, 2001 WESTERN AVE SUITE 400, SEATTLE, WA 98121
USAA FEDERAL SAVINGS BANK, C/O WEINSTEIN PINSON & RILEY PS, PO BOX 3978, SEATTLE, WA 98124
WYNDHAM VACATION RESORTS, PO BOX 97474, LAS VEGAS, NV 89195

Total Served: 30